# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

OSCAR CASTILLO-RAMIREZ,

        Defendant.

**APPEARANCE**

Case Number: 08MJ2380-02

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    OSCAR CASTILLO-RAMIREZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/4/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City / State / Zip Code |
| | (619) 234-8467 — (619) 687-2666 |
| | Phone Number — Fax Number |

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 4, 2008                                         /s/  *Shaffy Moeel*
                                                              SHAFFY MOEEL
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: Shaffy_Moeel@fd.org