UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Jose Palomar-Virgen<br><br>　　　　　Defendant(s) | CRIMINAL NO. _08mj2380_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Selena Veraza-Garcia

DATED: _8/14/08_

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
　　　　　DUSM

W. SAMUEL HAMRICK, JR.   Clerk

　　　　　by _Rhia Rhn_

　　　　　　　Deputy Clerk      R. Rhone